# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVINCIBLE IP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NUTANIX, INC., )<br>)<br>Defendant. ) | C.A. No. 21-955-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Invincible IP, LLC ("Plaintiff") and Defendant Nutanix, Inc. ("Defendant"), subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is extended to October 1, 2021.

| | |
|---|---|
| GAWTHROP GREENWOOD, PC | POTTER ANDERSON & CORROON LLP |
| By: /s/ David W. deBruin<br>David W. deBruin, Esq. (#4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>302-777-5353<br>ddebruin@gawthrop.com | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | |
| Dated: July 29, 2021 | *Attorneys for Defendant* |

SO ORDERED on this _____ day of July 2021.

_____
U.S.D.J.